| | |
|---|---|
| Brandy Cody (SBN 196923)<br>　E-Mail: bcody@fisherphillips.com<br>Christopher M. Champine (323385)<br>　E-Mail: cchampine@fisherphillips.com<br>**FISHER & PHILLIPS LLP**<br>4747 Executive Drive, Suite 1000<br>San Diego, California 92121<br>Telephone: (858) 597-9600<br>Facsimile: (858) 597-9601<br><br>Attorneys for Defendant<br>FEDEX GROUND PACKAGE SYSTEM, INC. | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**03/21/2023** at 12:23:00 PM<br><br>Clerk of the Superior Court<br>By Brandon Krause, Deputy Clerk |

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| IVAN ALEJANDRO VAZQUEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 37-2023-00005175-CU-OE-CTL<br><br>*Assigned for all purposes to the*<br>*Honorable John S. Meyer, Dept. C-64*<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC. TO COMPLAINT**<br><br>Complaint Filed: February 6, 2023<br>Trial Date:　　　None |

---

ANSWER AND AFFIRMATIVE DEFENSES OF
DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.

FP 46634896.1

1  Defendant, FedEx Ground Package System, Inc. ("FedEx Ground") responds to Plaintiff
2  Ivan Alejandro Vazquez's ("Plaintiff") unverified Complaint ("Complaint") as follows:

**ANSWER**

Pursuant to California *Code of Civil Procedure* section 431.30, subdivision (d), FedEx Ground generally denies each and every allegation and cause of action in Plaintiff's Complaint. Furthermore, FedEx Ground denies that Plaintiff has suffered any injury, damage, or loss of any kind or in any sum whatsoever, by reason of any alleged act(s), breach(es), or omission(s) of FedEx Ground, its employees, agents or anyone else acting on its behalf.

**FIRST AFFIRMATIVE DEFENSE**

1.  Plaintiff's Complaint, and each and every cause of action therein, fails to state facts sufficient to constitute any cause of action against FedEx Ground.

**SECOND AFFIRMATIVE DEFENSE**

2.  Plaintiff's Complaint, and each and every cause of action therein, is barred by the applicable statute of limitations.

**THIRD AFFIRMATIVE DEFENSE**

3.  Plaintiff's Complaint, and each and every cause of action therein, is barred by the exclusive remedy provisions of the Workers' Compensation Act pursuant to California Labor Code section 3601 et seq.

**FOURTH AFFIRMATIVE DEFENSE**

4.  If Plaintiff has received, or in the future receives, Workers' Compensation benefits by reason of the claimed injuries which give rise to this suit, any judgment rendered in favor of Plaintiff should be reduced by the amount of all Workers' Compensation benefits paid to or on behalf of Plaintiff.

**FIFTH AFFIRMATIVE DEFENSE**

5.  Plaintiff is estopped by his conduct from recovering any relief sought in the Complaint, or in any purported cause of action alleged therein.

/ / /
/ / /

**SIXTH AFFIRMATIVE DEFENSE**

6. By his conduct, Plaintiff has waived any right to recover any relief sought in the Complaint, or in any purported cause of action alleged therein.

**SEVENTH AFFIRMATIVE DEFENSE**

7. Plaintiff's claims are barred by the doctrine of unclean hands.

**EIGHTH AFFIRMATIVE DEFENSE**

8. Plaintiff is guilty of undue delay in filing and prosecuting this suit, and accordingly, this action is barred by laches.

**NINTH AFFIRMATIVE DEFENSE**

9. To the extent Plaintiff suffered any symptoms of mental or emotional distress or injury, they were the result of a pre-existing psychological disorder or alternative concurrent cause, and not the result of any act or omission of FedEx Ground.

**TENTH AFFIRMATIVE DEFENSE**

10. Plaintiff's claims are barred by Plaintiff's failure to exhaust administrative remedies and/or internal grievance procedures.

**ELEVENTH AFFIRMATIVE DEFENSE**

11. There existed legitimate, non-discriminatory, and non-retaliatory reasons for the alleged acts of FedEx Ground of which Plaintiff complains.

**TWELFTH AFFIRMATIVE DEFENSE**

12. The alleged acts of which Plaintiff complains were based on reasonable factors other than gender, race, disability, or any other prohibited factor.

**THIRTEENTH AFFIRMATIVE DEFENSE**

13. If it is found that FedEx Ground's actions were motivated by both discriminatory/retaliatory reasons and non-discriminatory/non-retaliatory reasons, the non-discriminatory/non-retaliatory reasons would have induced it to make the same decision(s) and/or take the same personnel action(s). (*Harris v. City of Santa Monica* (2013) 56 Cal. 4th 203.)

/ / /

/ / /

**FOURTEENTH AFFIRMATIVE DEFENSE**

14. Any recovery on Plaintiff's Complaint, or any purported cause of action alleged therein, is barred in whole or in part by Plaintiff's failure to mitigate his damages.

**FIFTEENTH AFFIRMATIVE DEFENSE**

15. Any recovery on Plaintiff's Complaint or any purported cause of action alleged therein, is barred in whole or in part by after-acquired evidence.

**SIXTEENTH AFFIRMATIVE DEFENSE**

16. Plaintiff is not entitled to recover punitive or exemplary damages from FedEx Ground on the grounds that any award of punitive or exemplary damages would violate FedEx Ground's constitutional rights under the Due Process Clauses of the Fifth and Fourteenth Amendments of the United States Constitution.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

17. Some or all of Plaintiff's claims are barred, in whole or in part, because he has already been paid and/or received all wages due to him under federal and state law.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

18. The alleged acts or omissions of the Doe Defendants of which Plaintiff complains were all undertaken outside the scope of their agency and/or employment with FedEx Ground (if any) and without the knowledge or consent FedEx Ground, and FedEx Ground may not be held liable for such acts or omissions.

**NINETEENTH AFFIRMATIVE DEFENSE**

19. Plaintiff did not exercise ordinary care on his own behalf, and his own acts and omissions proximately caused and/or contributed to the loss, injury, damage, or detriment alleged by Plaintiff, and Plaintiff's recovery from Defendants, if any, should be reduced in proportion to the percentage of Plaintiff's negligence or fault.

**TWENTIETH AFFIRMATIVE DEFENSE**

20. Plaintiff's claims are barred because his perception of conduct alleged to constitute harassment was not reasonable.

/ / /

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

21. Plaintiff's claims are barred because alleged incidents of harassment were not sufficiently severe or pervasive so as to alter the terms and conditions of Plaintiff's employment and create an abusive work environment

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

22. Plaintiff welcomed any conduct alleged to be harassing.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

23. Plaintiff's reasonable use of Defendant's procedures to prevent and/or correct the allegedly harassing behavior would have prevented all or some of the alleged harm he claims to have suffered.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

24. Plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by Defendant or to avoid harm otherwise.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

25. Defendant exercised reasonable care to prevent and promptly correct any allegedly harassing behavior.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

26. Plaintiff's claims are barred because the actions complained of were protected by the free speech provisions of the First Amendment to the United States Constitution.

**RESERVATION OF RIGHTS**

FedEx Ground expressly reserves the right to amend its answer and to assert additional affirmative defenses, and to supplement, alter or change its answer and affirmative defenses upon revelation of more definitive facts by Plaintiff and upon FedEx Ground's undertaking of discovery and investigation of this matter. Accordingly, the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable, is hereby reserved.

/ / /

/ / /

/ / /

1    **WHEREFORE**, this answering FedEx Ground prays as follows:

2    1.    That Plaintiff take nothing by his Complaint for damages;

3    2.    That Plaintiff be granted no relief in this action;

4    3.    That Plaintiff's Complaint herein be dismissed in its entirety with prejudice;

5    4.    That FedEx Ground recover its costs of suit herein, including its reasonable

6    attorneys' fees; and

7    5.    That the court award such other and further relief as it deems appropriate.

8    DATE:  March 21, 2023                FISHER & PHILLIPS LLP

                                          By: _____
                                          Brandy Cody, Esq.
                                          Christopher M. Champine, Esq.
                                          Attorneys for Defendant
                                          FEDEX GROUND PACKAGE SYSTEM, INC.

**PROOF OF SERVICE**
**(CCP §§1013(a) and 2015.5)**

I, the undersigned, am at least 18 years old and not a party to this action. I am employed in the County of San Diego with the law offices of Fisher & Phillips LLP and its business address is 4747 Executive Drive, Suite 1000, San Diego, California 92121.

On March 21, 2023, I served the following document(s) **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.** on the person(s) listed below by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Kamran Shahabi, Esq.<br>Mikoe Tretola, Esq.<br>**VALIANT LAW**<br>800 Ferrari Ln., Suite 100<br>Ontario, California 91764 | *Attorneys for Plaintiff*<br>*IVAN ALEJANDRO VAZQUEZ*<br><br>Phone: (909) 677-2270<br>Fax: (909) 677-2290<br><br>E-Mail: ks@valiantlaw.com<br>mzt@valiantlaw.com |

☒ **[by MAIL]** - I enclosed the document(s) in a sealed envelope or package addressed to the person(s) whose address(es) are listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Diego, California, in a sealed envelope with postage fully prepaid.

☐ **[by FAX]** - Based on an agreement of the parties to accept service by fax transmission, I faxed the document(s) to the person(s) at fax number(s) listed above from fax number (949) 851-0152. The fax reported no errors. A copy of the transmission report is attached.

☐ **[by OVERNIGHT DELIVERY]** - I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight carrier.

☐ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed March 21, 2023, at San Diego, California.

Neil Livengood                          By: _____
Print Name                                        Signature

PROOF OF SERVICE

FP 46634896.1